UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANG HYUK PARK, | No. 2:17-cv-0043 KJN P |
| Petitioner, | |
| v. | ORDER |
| JOSEPH STANTOSTEFANO,, | |
| Respondent. | |

  Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  In his application, petitioner challenges a conviction issued by the Merced County Superior Court.  Merced County is part of the Fresno Division of the United States District Court for the Eastern District of California.  <u>See</u> Local Rule 120(d).

  Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

  Good cause appearing, IT IS HEREBY ORDERED that:

  1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

  2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

1

1  
2  
3  

United States District Court  
Eastern District of California  
2500 Tulare Street  
Fresno, CA 93721

4  Dated: January 12, 2017

5  
6  
7  

park0043.109

_____  
KENDALL J. NEWMAN  
UNITED STATES MAGISTRATE JUDGE

8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

2